RECEIVED
IN MONROE, LA

MAR 1 2 2007

ROBERT H. SHEMWELL, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT

## WESTERN DISTRICT OF LOUISIANA

### MONROE DIVISION

STEPHEN S. BELL                          CIVIL ACTION NO. 05-0779

VERSUS                                   JUDGE ROBERT G. JAMES

THE PRUDENTIAL INSURANCE CO. OF          MAG. JUDGE JAMES D. KIRK
AMERICA

### JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 33], determining that the findings are correct under the applicable law, and noting the absence of objections to the Report and Recommendation in the record,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the decision of the plan administrator regarding Plaintiff's claim for disability insurance benefits is REVERSED AND REMANDED for further proceedings consistent with the Report and Recommendation.

IT IS FURTHER ORDERED that all deadlines currently scheduled are CONTINUED without date and that the above-captioned matter is STAYED, subject to reinstatement upon motion by either party within 180 days from the date of this Judgment. The plan administrator shall have 150 days from the date of this Judgment to complete its review and render a decision. Plaintiff shall have 90 days from the date of this Judgment to submit additional evidence.

MONROE, LOUISIANA, this 12 day of March, 2007.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE